**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARK A. JACKSON** | : |
| | : |
| v. | :   **CIVIL ACTION NO. 24-6079** |
| | : |
| **SCOTT BESSENT**, | : |
| *SECRETARY OF THE U.S.* | : |
| *DEPARTMENT OF THE TREASURY* | : |

**ORDER**

This 16th day of April, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 15) is granted in part and denied in part.

    /s/ Gerald Austin McHugh
    United States District Judge