**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARK A. JACKSON** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-6079 |
| | : | |
| **SCOTT BESSENT**, | : | |
| *SECRETARY OF THE U.S.* | : | |
| *DEPARTMENT OF THE TREASURY* | : | |

**ORDER**

This 18th day of September, 2025, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Preliminary Injunction, ECF 37, is **DENIED**.

    /s/ Gerald Austin McHugh
United States District Judge